**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLENN BOSWORTH,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, KEVIN LALLY, et al.,<br><br>            Defendants. | Case No. CV 14-0283 DMG (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

Consistent with the foregoing, IT IS ORDERED that: (1) Plaintiff's tort claim under the Federal Tort Claims Act and civil rights claims under Bivens v. Six Unknown Named Agents, 403

U.S. 388 (1971) are DISMISSED without prejudice but without leave to amend pursuant to the doctrine in <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994); (2) Plaintiff's claim under the Freedom of Information Act and Privacy Act is DISMISSED with leave to amend; and (3) Plaintiff shall file a Second Amended Complaint alleging only a FOIA/PA claim within fourteen (14) days of the date of this Order should Plaintiff wish to pursue this action.

The Clerk of the Court is directed to serve a copy of this Order on Plaintiff at his current address of record.

DATED: December 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE