# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BOSWORTH, | Case No. CV 14-0283 DMG (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED that Judgment is entered in favor of Defendants and against Plaintiff on the entire action and the action is dismissed with prejudice.

DATED: September 29, 2016

_Dolly M. Gee_
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE